AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Carson Slone<br><br>*Defendant(s)* | Case No. 2:23-mj-218 |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 23**, 20**23** in the county of **Franklin** in the **Southern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

SAMUEL CHAPPELL (Affiliate)
Digitally signed by SAMUEL CHAPPELL (Affiliate)
Date: 2023.04.03 13:54:24 -04'00'

*Complainant's signature*

S. Chappell ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/4/23

City and state: Columbus Ohio

US Magistrate Judge Kimberly A Jolson
*Printed name and title*

**PROBABLE CAUSE AFFIDAVIT**
**Carson Slone**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Carson SLONE (hereinafter referred to as SLONE) for, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a firearm, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that SLONE committed this offense.

4. According to a CPD report that I have reviewed, on or about March 25, 2023, uniformed CPD officers were dispatched to 438 Hosack Street. in Columbus, Ohio, on a report of domestic violence. Once at scene officers observed a witness in the street yelling at SLONE to stop. SLONE had a firearm and was pointing it at the victim.

5. Officers exited their cruiser and told SLONE to drop the firearm. SLONE did not obey officers' commands and instead walked away holding the firearm. SLONE walked towards the door of his residence. SLONE threw the firearm into the residence.

6. SLONE was taken into custody. Officers were given consent by a resident to enter the home and retrieve the firearm. Officers recovered a Beretta model 96 serial number BER220964.

7. Officers interviewed the victim. The victim stated that SLONE was upset after the victim was laid off from their job. During an argument SLONE struck the victim several times in the head. The victim stated that when SLONE was pointing the gun at them, he stated "I'm going to kill you".

8. SLONE was prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

    a. Franklin County, Ohio Court of Common Pleas case 19CR1622 for felonious assault.
    b. Franklin County, Ohio Court of Common Pleas case 19CR002862 for attempted bribery.
    c. Franklin County, Ohio Court of Common Pleas case 19CR004033 for bribery.

**PROBABLE CAUSE AFFIDAVIT**
**Carson Slone**

9. Records from the Franklin County, Ohio Court of Common Pleas case 19CR1622 show that on or about May 26, 2021, SLONE signed a plea agreement acknowledging the maximum penalty for his conviction was 12 years of incarceration. imprisonment.

10. Your Affiant confirmed via ATF resources that the aforementioned firearm possessed by SLONE on or about March 25, 2023, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

11. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

12. Based on this information, your affiant believes probable cause exists that SLONE, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Beretta model 96 bearing serial number BER220964 and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

_____
ATF TFO Samuel Chappell

Sworn to and subscribed before me this day of _____, April 4, 2023, at _____ Columbus, Ohio.

KIMBERLY A. JOLSON
U.S. MAGISTRATE JUDGE